

## CABINET FOR HEALTH AND FAMILY SERVICES
## OFFICE OF LEGAL SERVICES

**Andy Beshear**
**Governor**

275 East Main Street, 5W-B
Frankfort, KY 40621
502-564-7905
502-564-7573
www.chfs.ky.gov

**Eric C. Friedlander**
**Acting Secretary**

**Wesley W. Duke**
**General Counsel**

### ORDER

March 16, 2020

On March 6, 2020, Governor Andy Beshear signed Executive Order 2020-215, declaring a state of emergency in the Commonwealth due to the outbreak of COVID-19 virus, a public health emergency. Pursuant to the authority in KRS Chapter 39A, including but not limited to KRS 39A.100(1)(f), (h) and (j), KRS 194A.025, KRS 214.020, KRS 241.090, KRS 244.120, and Executive Order 2020-215, the Cabinet for Health and Family Services, Department of Public Health, and the Public Protection Cabinet, Alcoholic Beverage Control, hereby order the following directives until March 30, 2020, to reduce and slow the spread of COVID-19, to ensure that persons and groups disperse from the scene of the emergency, and to promote and secure the safety and protection of the civilian population:

1. By 5:00 p.m. on March 16, 2020, food and beverage sales are restricted to carry-out, delivery and drive-thru only; no onsite consumption is permitted; and

2. This Order does not apply to and/or exempts food service in health care facilities or any congregate living facilities, such as long-term care facilities as defined by KRS 216.510 and similar locations; and

3. Liquor, beer and wine sales in the Commonwealth of Kentucky are restricted to carry-out, delivery and drive-thru services only, to the extent permitted by law. No onsite consumption is permitted; and

4. Establishments offering carry-out, delivery and drive-thru orders shall ensure that patrons and employees engage in appropriate social distancing (staying 6 feet away from each other); and

5. The overriding goal of this Order is to minimize in-person interaction which is the primary means of transmission of COVID-19. The immediate implementation of this Order is necessary as patrons of bars and restaurants gather in large numbers, in close proximity to each other and in enclosed spaces, thereby endangering the health of the staff as well as the patrons; and



6. The Department of Public Health hereby delegates to local health departments the authority to take all necessary measures to implement this Order.

This Order shall remain in effect throughout the State of Emergency under Executive Order 2020-215. The Cabinet for Health and Family Services and the Public Protection Cabinet will monitor these directives continuously and may extend or modify this Order at any time.

_____
Steven J. Stack, M.D.
Commissioner of Public Health
Department of Public Health
Cabinet for Health and Family Services

_____
Eric Friedlander
Acting Secretary
Governor's Designee

_____
Kerry B. Harvey
Secretary
Public Protection Cabinet