VERIFICATION

I, Theodore Joseph Roberts, pursuant to 28 U.S.C. 1746, declare under penalty of perjury that I have reviewed the foregoing Complaint, that I am competent to testify in this matter, that the facts contained therein are true and correct, and are based information personally known and observed by me.

Executed on _____4/14/2020_____.

*[signature: JJRoberts]*
_____
Theodore Joseph Roberts