

**ANDY BESHEAR**
**GOVERNOR**

**EXECUTIVE ORDER**

**Secretary of State**
**Frankfort**
**Kentucky**

**2020-246**
**March 22, 2020**

## STATE OF EMERGENCY

**WHEREAS**, the novel coronavirus (COVID-19) is a respiratory disease causing illness that can range from very mild to severe, including illness resulting in death, and many cases of COVID-19 have been confirmed in the Commonwealth, with cases appearing in multiple counties, indicating the virus is community spread; and

**WHEREAS**, Kentuckians are encouraged to remain Healthy at Home, which will help protect our community from the spread of COVID-19; and

**WHEREAS**, the spread of COVID-19 endangers public health and safety and, if Kentuckians do not work together to contain the disease, it threatens to overwhelm the Commonwealth's healthcare resources; and

**WHEREAS**, the Centers for Disease Control and Prevention (CDC) and the Kentucky Department of Public Health have recommended that the public practice social distancing, meaning staying home when possible and otherwise maintaining six feet of distance from other individuals, to minimize the transmission of the coronavirus; and

**WHEREAS**, locations where people congregate unnecessarily and/or fail to follow adequate social distancing practices are therefore scenes of an emergency; and

**WHEREAS**, I, Andy Beshear, Governor of the Commonwealth of Kentucky, did declare by Executive Order 2020-215 on March 6, 2020, that a State of Emergency exists in the Commonwealth of Kentucky; and

**WHEREAS**, under such circumstances, I am further empowered by KRS Chapter 39A to exercise all other powers deemed necessary to promote and secure the safety and protection of the civilian population, including the power to suspend state statutes and regulations, and to command individuals to disperse from the location of an emergency:



**ANDY BESHEAR**
GOVERNOR

**EXECUTIVE ORDER**

**Secretary of State**
Frankfort
Kentucky

**2020-246**
**March 22, 2020**

**NOW THEREFORE,** I Andy Beshear, by virtue of authority vested in me pursuant to the Constitution of Kentucky and by KRS Chapter 39A, do hereby Order and Direct as follows:

1. All in-person retail businesses that are not life-sustaining are ordered to close effective Monday, March 23, 2020, at 8:00 p.m.

2. Life-sustaining retail businesses include grocery stores, pharmacies, banks, hardware stores, and other businesses that provide staple goods. A full list of categories of life-sustaining in-person retail businesses is attached to this Order.

3. Retail businesses that are not life-sustaining may provide local delivery and curbside service of online or telephone orders.

4. Retail businesses that remain open must follow, to the fullest extent practicable, social distancing and hygiene guidance from the CDC and the Kentucky Department of Public Health, including: ensuring physical separation of employees and customers by at least six feet when possible; ensuring employees practice appropriate hygiene measures, including regular, thorough handwashing; regularly cleaning and disinfecting frequently touched objects and surfaces; and ordering sick individuals to leave the premises. Failure to do so is a violation of this Order, and could subject said business to closure.

5. All prior Executive Orders, and Orders issued by Cabinets pursuant to Executive Order 2020-215, remain in full force and effect, except to the extent they conflict with this Order. For the avoidance of doubt, carry-out, delivery, and drive-through food and beverage sales may continue, consistent with the March 16, 2020 Order of the Cabinet for Health and Family Services and the Department of Public Health and the March 19, 2020 Order of the Public Protection Cabinet.

6. Consistent with KRS 39A.100(1)(h) and (3), nothing in this Order should be construed to interfere with the lawful sale of firearms and ammunition. Any businesses engaged in the lawful sale of firearms and ammunition must follow social distancing and hygiene guidance from the CDC and the Kentucky Department of Public Health, including: ensuring physical separation of employees and customers by at least six feet when possible; ensuring employees practice appropriate hygiene measures, including regular, thorough handwashing; regularly cleaning and disinfecting frequently touched objects and surfaces; and ordering sick individuals to leave the premises. Failure to do so is a violation of this Order, and could subject said business to closure.



**ANDY BESHEAR**

**GOVERNOR**

**EXECUTIVE ORDER**

**Secretary of State**
**Frankfort**
**Kentucky**

**2020-246**
**March 22, 2020**

This Order shall be in effect for the duration of the State of Emergency herein referenced, or until this Executive Order is rescinded by further order or by operation of law.

ANDY BESHEAR, Governor
Commonwealth of Kentucky

MICHAEL G. ADAMS
Secretary of State

**Executive Order 2020-246**

**List of Life-Sustaining Retail**

**Motor Vehicle and Parts Dealers**

Notes

| | |
|---|---|
| Automobile Dealers | No |
| Other Motor Vehicle Dealers | No |
| Automotive Parts, Repair, Accessories, and Tire Stores | Yes |
| Auto, Truck, and Van Rental | Yes |

Dealers may provide repair, parts, and service, but showrooms must close.

**Furniture and Home Furnishings Stores** — No

**Electronics and Appliance Stores** — No

**Building Material and Garden Equipment and Supplies Dealers** — Yes

**Banks, Credit Unions, Check Cashing, Wire Transfer, and Other Financial Services** — Yes

**Food and Beverage Stores**

| | |
|---|---|
| Grocery Stores | Yes |
| Supermarkets | Yes |
| Specialty Food Stores | Yes |
| Meat Markets | Yes |
| Fish and Seafood Markets | Yes |
| Fruit and Vegetable Markets | Yes |
| Beer, Wine, and Liquor Stores | Yes |

**Health and Personal Care Stores**

| | |
|---|---|
| Pharmacies and Drug Stores | Yes |
| Cosmetics, Beauty Supplies, and Perfume Stores | No |
| Optical Goods Stores | No |
| Other Health and Personal Care Stores | No |

**Gasoline Stations and Convenience Stores** — Yes

**Clothing and Clothing Accessories Stores**

| | |
|---|---|
| Clothing Stores | No |
| Shoe Stores | No |
| Jewelry, Luggage, and Leather Goods Stores | No |

**Sporting Goods, Hobby, Musical Instrument, and Book Stores** — No

**General Merchandise Stores**

| | |
|---|---|
| Department Stores | No |
| General Merchandise Stores, including Warehouse Clubs and Supercenters | Yes |

**Miscellaneous Store Retailers**

| | |
|---|---|
| Florists | No |
| Office Supplies, Stationery, and Gift Stores | No |
| Used Merchandise Stores | No |
| Pet and Pet Supplies Stores | Yes |
| All Other Miscellaneous Store Retailers | No |