Case: 2:20-cv-00054-WOB-CJS   Doc #: 6-10   Filed: 04/14/20   Page: 1 of 2 - Page ID#: 120



**ANDY BESHEAR**
**GOVERNOR**

**EXECUTIVE ORDER**

**Secretary of State**
Frankfort
Kentucky

**2020-275**
**April 8, 2020**

## STATE OF EMERGENCY

### Background

The novel coronavirus (COVID-19) is a respiratory disease causing illness that can range from very mild to severe, including illness resulting in death, and many cases of COVID-19 have been confirmed in the Commonwealth.

The Kentucky Constitution and Kentucky Revised Statutes, including KRS Chapter 39A, empower me to exercise all powers necessary to promote and secure the safety and protection of the civilian population, including the power to suspend state statutes and regulations, and to command individuals to disperse from the scene of an emergency. Under those powers, I declared by Executive Order 2020-215 on March 6, 2020, that a State of Emergency exists in the Commonwealth. On March 18, 2020, I signed Executive Order 2020-243, encouraging all Kentucky citizens to take all feasible measures to engage in appropriate social distancing in accordance with the guidance of the Centers for Disease Control and Prevention ("CDC"). On March 22, 2020, I signed Executive Order 2020-246, ordering all in-person retail businesses that are not life-sustaining to close. On March 25, 2020, I signed Executive Order 202-257, requiring life-sustaining businesses to, to the fullest extent possible, utilize delivery or curbside service in lieu of in-person service, and to adhere to social distancing and hygiene guidance from the CDC. Now, I find it necessary to implement further steps to limit in-person traffic in life-sustaining retail businesses as well as door-to-door solicitations.

### Order

I, Andy Beshear, Governor of the Commonwealth of Kentucky, by virtue of authority vested in me pursuant to the Constitution of Kentucky and by KRS Chapter 39A, do hereby Order and Direct as follows:



**ANDY BESHEAR**
**GOVERNOR**

**EXECUTIVE ORDER**

**Secretary of State**
**Frankfort**
**Kentucky**

**2020-275**
**April 8, 2020**

1. Any life-sustaining retail businesses identified by Executive Order 2020-246 and Executive Order 2020-257 shall limit the number of shoppers allowed to enter the business to one adult member per household.

2. Paragraph 1. shall not apply to minors or to adult members of households that accompany one adult member of a household into a life-sustaining retail business who cannot be left without supervision or care because of their age or a disability or physical or mental impairment.

3. To the extent practical, minors and adult members with a disability or physical or mental impairment should remain Healthy at Home.

4. In addition, all uninvited, in-person solicitation for any purpose occurring at a residence or physical business location must cease.

5. This Order shall be interpreted as an addition to the social distancing and hygiene measures previously set forth in Executive Order 2020-257 and enforced accordingly.

6. All prior Executive Orders and Orders issued by Cabinets pursuant to Executive Order 2020-215 remain in full force and effect to the extent they do not conflict with this Order.

This Order shall be in effect for the duration of the State of Emergency under Executive Order 2020-215, or until the rescission of this Order by further order or by operation of law.

ANDY BESHEAR, Governor
Commonwealth of Kentucky

MICHAEL G. ADAMS
Secretary of State