<u>VERIFICATION</u>

I, Theodore Joseph Roberts, pursuant to 28 U.S.C. 1746, declare under penalty of perjury that I have reviewed the foregoing Complaint, that I am competent to testify in this matter, that the facts contained therein are true and correct, and are based information personally known and observed by me.

Executed on _____4/14/2020_____.

_/s/ TJ Roberts_____        _____
Theodore Joseph Roberts