**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| THEODORE JOSEPH ROBERTS, et. al. : | | Case No. 2:20-CV-00054-WOB |
|     Plaintiffs | : | |
| v. | : | |
| ROBERT NEACE, et. al. | : | |
|     Defendants | : | |

**PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION WITH VERIFIED COMPLAINT AND DECLARATIONS OF THEODORE JOSEPH ROBERTS, RANDALL DANIEL, SALLY O'BOYLE, STEVEN STANLEY, AND CARRIE COX, IN SUPPORT**

Plaintiffs, by and through Counsel, move this Court for an order granting their motion for Emergency Temporary Restraining Order, as well as a Preliminary Injunction. In support is the Verified Complaint and the Declarations of Theodore John Roberts, Randall Daniel, Sally O'Boyle, Steven Stanley, and Carrie Cox. A memorandum in support, and proposed orders are also attached.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/Thomas Bruns_____
Thomas Bruns (KBA 84985)
4750 Ashwood Drive, STE 200
Cincinnati, OH 45241
tbruns@bcvalaw.com
513-312-9890

/s/Robert A. Winter, Jr.   
Robert A. Winter, Jr. (KBA #78230)  
P.O. Box 175883  
Fort Mitchell, KY 41017-5883  
(859) 250-3337  
robertawinterjr@gmail.com  

**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that I have sent a copy of the foregoing to all counsel of record via filing in the Court's CM/ECF system, which provides notice and service of same to each party of record, this __17__ day of April, 2020, and have further sent a copy of same to Counsel for Hon. Andy Beshear by email, to counsel for Hon. Eric Friedlander by email, and to Hon. Robert Neace by email.

/s/ Christopher Wiest  
Christopher Wiest (KBA 90725)
