**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | | |
|---|---|---|
| THEODORE JOSEPH ROBERTS, et. al. | : | Case No. 2:20-CV-00054-WOB |
| Plaintiffs | : | |
| v. | : | |
| ROBERT NEACE, et. al. | : | |
| Defendants | : | |

**DECLARATION OF STEVEN STANLEY**

Pursuant to 28 U.S.C. §1746, the undersigned, Steven Stanley, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Steven Stanley. I am a resident of Morehead, Kentucky.

2. I am a devout Christian, Board Certified Nurse Practitioner, and Pastor. One of the things that I feel strongly about is that I am against all abortions, regardless of the reason, but particularly against elective abortions where the life of the mother is not at risk.

3. To that end, I engage in a Ministry through offering free help, resources, and adoption to abortive mothers at EMW Women's Surgical Center, in Louisville Kentucky, for years, where abortions are regularly performed. I have engaged in this Ministry for years.

4. I have had the opportunity to routinely witness and observe the operations at EMW Women's Surgical Center, in Louisville Kentucky, including after Governor Beshear issued his executive orders that banned mass gatherings and banned elective medical procedures.

5. I have witnessed mass gatherings at this facility, where over thirty or more people routinely gather. I have also witnessed this same facility not practice safe social distancing, in that the people are closer than six feet together and I have seen people sitting on the window sills because of the lack of room in the facility.

6. I, and others, have reported this ongoing activity to the Governor's COVID-19 reporting hotline several times, and each time I have done so, there has never been any enforcement activity, investigation activity, no state police dispatched, and no other enforcement related activity. I am frustrated by this lack of enforcement, because I have observed these people in close proximity to each other, not social distancing, and I think if any of them acquired COVID-19, they would spread it to others, and put my family, and the public, at risk.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on ____4/16/2020____.    _____
                                                           Steven Stanley