**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

THEODORE JOSEPH ROBERTS, et. al.     :          Case No. 2:20-CV-00054-WOB

     Plaintiffs                               :

v.                                      :

ROBERT NEACE, et. al.                   :

     Defendants                              :

## <u>DECLARATION OF CARRIE COX</u>

Pursuant to 28 U.S.C. §1746, the undersigned, Carrie Cox, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Carrie Cox.  I am a resident of Vanceburg, Kentucky.

2. My home and property is adjacent to a historical landmark covered bridge, which is frequented by the public.  The bridge is located at 6387 Little Cabin Creek Road, in Vanceburg, Kentucky.

3. The bridge is an approximately 114-foot structure.

4. I am extraordinarily concerned about COVID-19 and have at-risk family members with respiratory issues.  To that end, I am, and remain, supportive of the measures taken by Governor Beshear to limit the spread of COVID-19.

5. Since the Governor put in place the hotline to report violations, and put in place his ban on mass-gatherings, I have witnessed between three and five car loads of people at a time coming to the bridge, where they congregate.  These groups of people are not from the

same family based on the activities I have observed.  I have witnessed people coming here from out of state as well.

6. I have reported this ongoing activity recently to the Governor's COVID-19 reporting hotline, and to the local health department, and each time I have done so, there has never been any enforcement activity, investigation activity, no state police dispatched, and no other enforcement related activity that I have witnessed.  I am frustrated by this lack of enforcement, because I have observed these people in close proximity to each other, not social distancing, and I think if any of them acquired COVID-19, they would spread it to others, and put my family, and the public, at risk.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on ___4-16-2020_____.        _____

Carrie Cox