# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | | |
|---|---|---|
| THEODORE JOSEPH ROBERTS, et. al. | : | Case No. 2:20-CV-00054-WOB |
| Plaintiffs | : | |
| v. | : | |
| ROBERT NEACE, et. al. | : | |
| Defendants | : | |

### ORDER GRANTING TEMPORARY RESTRAINING ORDER

The Court, being fully apprised, and pursuant to FRCP 65(d) finds that Plaintiffs' Motion for a Temporary Restraining Order should be and hereby is **GRANTED** for the reasons stated in the Plaintiffs' Motion. The reasons for this Order are to preserve the status quo between the parties. Plaintiffs have demonstrated they are likely to prevail on the merits, will suffer irreparable injury, the weighing of harms supports the Plaintiffs, and the public interest is furthered with compliance with the Constitution.

The Court finds that Counsel for the Plaintiff have appropriately electronically served Defendants or their counsel.

Defendants, Hon. Robert Neace, Hon. Andrew Beshear, and Hon. Eric Friedlander, are **ENJOINED AND RESTRAINED** from quarantining or initiating prosecution against Plaintiffs for violations of the Governor's mass-gathering executive orders related to their attendance at church on Easter Sunday, April 12, 2020. This restraining order is also binding upon the parties' officers, agents, servants, employees, and attorneys and other persons who are in active concert or participation with anyone described in Rule 65(d)(2)(A) or (B). Plaintiffs need not post security.

IT IS SO ORDERED:

_____