**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| THEODORE JOSEPH ROBERTS, et. al. | : | Case No. 2:20-CV-00054-WOB |
| Plaintiffs | : | |
| v. | : | |
| ROBERT NEACE, et. al. | : | |
| Defendants | : | |

**ORDER GRANTING PRELIMINARY INJUNCTION**

The Court, being fully apprised, and pursuant to FRCP 65(d) finds that Plaintiffs' Motion for a Preliminary Injunction should be and hereby is **GRANTED** for the reasons stated in the Plaintiffs' Motion.

Plaintiffs have demonstrated they are likely to prevail on the merits, will suffer irreparable injury, the weighing of harms supports the Plaintiffs, and the public interest is furthered with compliance with the Constitution.

Defendants, Hon. Robert Neace, Hon. Andrew Beshear, and Hon. Eric Friedlander, are **ENJOINED AND RESTRAINED** from quarantining or initiating prosecution against Plaintiffs for violations of the Governor's mass-gathering executive orders related to their attendance at church on Easter Sunday, April 12, 2020. Defendants, Hon. Robert Neace, Hon. Andrew Beshear, and Hon. Eric Friedlander, are further **ENJOINED AND RESTRAINED** from enforcing Governor Beshear's order concerning mass gatherings as applied to religious service (nothing in this order applies to conditions of attendance, such as requirements to social distance, disinfection measures, or other compliance with CDC guidelines, which the Governor and Defendants may enforce). Defendants, Hon. Robert Neace, Hon. Andrew Beshear, and Hon. Eric Friedlander, are further **ENJOINED AND RESTRAINED** from enforcing Governor Beshear's order concerning prohibitions on interstate travel.

This preliminary injunction is also binding upon the parties' officers, agents, servants, employees, and attorneys and other persons who are in active concert or participation with anyone described in Rule 65(d)(2)(A) or (B). Plaintiffs need not post security.

IT IS SO ORDERED:

_____