IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:20cv054 (WOB-CJS)

THEODORE JOSEPH ROBERTS,
ET AL.                                                        PLAINTIFFS

VS.                      **PRELIMINARY INJUNCTION**

HON. ROBERT NEACE,
ET AL.                                                        DEFENDANTS

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, which declares unconstitutional the Travel Ban promulgated by The Honorable Andrew Beshear, Governor of the Commonwealth of Kentucky, in conjunction with the COVID-19 emergency,

The Court hereby **PRELIMINARILY RESTRAINS AND ENJOINS** The Honorable Andrew Beshear, Governor of the Commonwealth of Kentucky and all other persons in active concert or participation with him, from enforcing Executive Order 2020-258 and Executive Order 2020-266, paragraphs 8-9, pending further Order of the Court.

This 4th day of May 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge