**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  May 05, 2020

Mr. Thomas Bernard Bruns
Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive
Suite 200
Cincinnati, OH 45241

Mr. Marc Griffin Farris
Office of the Governor
of Kentucky
700 Capitol Avenue
Suite 106
Frankfort, KY 40601

Ms. Jennifer H. Langen
Adams, Stepner, Woltermann & Dusing
40 W. Pike Street
Covington, KY 41012

Mr. David Thomas Lovely
Kentucky Cabinet for Health & Family Services
Office of Legal Services
275 E. Main Street
Room 5W-B
Frankfort, KY 40621

Mr. Christopher David Wiest
Law Office
25 Town Center Boulevard
Suite 104
Crestview Hills, KY 41017

Mr. Robert Albert Winter Jr.
Law Office
P.O. Box 175883
Fort Mitchell, KY 41017-5883

          Re:  Case No. 20-5465, *Theodore Roberts, et al v. Robert Neace, et al*
                Originating Case No. : 2:20-cv-00054

Dear Counsel,

    This appeal has been docketed as case number **20-5465** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

    Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

    At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 19, 2020**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|              |                                                              |
|--------------|--------------------------------------------------------------|
|              | Appearance of Counsel                                        |
| Appellant:   | Civil Appeal Statement of Parties & Issues                   |
|              | Disclosure of Corporate Affiliations                         |
|              | Application for Admission to 6th Circuit Bar (if applicable) |
|              |                                                              |
|              | Appearance of Counsel                                        |
| Appellee:    | Disclosure of Corporate Affiliations                         |
|              | Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                Sincerely yours,

                                                s/Roy G. Ford
                                                Case Manager
                                                Direct Dial No. 513-564-7016

cc:  Mr. Jeffrey C. Mando
      Mr. Steven Travis Mayo
      Mr. Taylor Allen Payne

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 20-5465

THEODORE JOSEPH ROBERTS; RANDALL DANIEL; SALLY O'BOYLE, on behalf of themselves and all other similariy situated

       Plaintiffs - Appellants

 and

KISHA ROBERTS; BRIANNA ROBERTS

       Plaintiffs

v.

HONORABLE ROBERT D. NEACE, only as Boone Co. Attorney on behalf of all other County Attorneys; HONORABLE ANDREW G. BESHEAR, Attorney General; ERIC FRIEDLANDER

       Defendants - Appellees