IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:20cv054 (WOB-CJS)

THEODORE JOSEPH ROBERTS,
ET AL.     PLAINTIFFS

VS.    <u>ORDER</u>

HON. ROBERT NEACE,
ET AL.     DEFENDANTS

This matter is before the Court on plaintiffs' emergency motion to stay (Doc. 49), and for the reasons stated in this Court's Memorandum Opinion and Order (Doc. 46),

**IT IS ORDERED** that plaintiffs' motion to stay (Doc. 49) be, and is hereby, **DENIED**.

This 5th day of May 2020.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge