**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| THEODORE JOSEPH ROBERTS, *et al.* | : | Case No. 2:20-CV-00054-WOB |
| Plaintiffs | : | |
| v. | : | |
| ROBERT NEACE, *et al.* | : | |
| Defendants | : | |

**STIPULATION AND AGREED ORDER BETWEEN PLAINTIFFS AND DEFENDANT, BOONE COUNTY ATTORNEY ROBERT NEACE**

Plaintiffs and Defendant, Boone County Attorney Robert Neace ("Neace"), having reached an agreement regarding Neace's continuing involvement in this matter stipulate and agree as follows:

1. Neace does not wish to participate further in this matter, and Plaintiffs do not believe his continued participation is necessary.

2. Plaintiffs hereby dismiss all claims against Neace, but with the Court reserving jurisdiction to enforce this Agreed Order if necessary.

3. In consideration of the foregoing, Neace agrees to be bound by any orders issued by the Court, including those for declaratory and injunctive relief, but need not and will not participate further in this matter.

4. In further consideration of the foregoing, Plaintiffs have agreed to release, and will not seek, any attorney fees or costs Neace under 42 USC 1988 or other law; nothing in this paragraph releases any such claims against the remaining Defendants.

IT IS SO ORDERED this 3rd day of December, 2020



Signed By:
*William O. Bertelsman* WOB
United States District Judge

Stipulate and agree:

*/s/ Jeffrey C. Mando* **(per authorization)**  */s/ Christopher Wiest*
Jeffrey C. Mando, Esq.  Christopher Wiest, Esq.

*Attorney for Defendant, Boone County*  *Attorney for Plaintiffs*
*Attorney Robert Neace*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed with the Court, and upon all parties, by filing same with the Court's CM/ECF system, which will provide notice to all parties, this 2 day of December, 2020.

/s/Christopher Wiest