IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO.: 20-cv-00054-WOB-CJS

BRIANNA ROBERTS;
KISHA ROBERTS;
THEODORE J. ROBERTS;
RANDALL DANIEL; AND
SALLY O'BOYLE                                                                 PLAINTIFFS

VS.                                **JUDGMENT**

ANDREW G. BESHEAR,
in his official capacity
as GOVERNOR OF KENTUCKY;
ERIC FRIEDLANDER, in his official
capacity as Secretary for the Cabinet
for Health and Family Services                                                DEFENDANTS.

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims against Defendants be, and are hereby, **DISMISSED WITH PREJUDICE**. This matter is hereby **DISMISSED** from the docket of this Court.

This 26th day of August 2021.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge